**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 14-7038

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

v.

TERRANCE GERARD MATHIS, a/k/a T-2,

Defendant - Appellant.

Appeal from the United States District Court for the Eastern District of Virginia, at Norfolk. Arenda L. Wright Allen, District Judge. (2:05-cr-00082-AWA-JEB-5)

Submitted: October 21, 2014      Decided: October 24, 2014

Before SHEDD, DUNCAN, and FLOYD, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Terrance Gerard Mathis, Appellant Pro Se. Darryl James Mitchell, Assistant United States Attorney, Norfolk, Virginia, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Terrance Gerard Mathis appeals the district court's order denying his pro se motions to compel. We have reviewed the record and find no reversible error. Accordingly, we affirm the district court's order. See United States v. Mathis, No. 2:05-cr-00082-AWA-JEB-5 (E.D. Va. June 27, 2014). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED